BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Petitioner,<br><br>       v.<br><br>LETITIA SANCHES,<br><br>              Respondent. | **1:15-cv-00357-AWI-GSA**<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>Taxpayer:<br>**LETITIA SANCHES** |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here.  The case can and should be closed.

DATED:  April 20, 2015                             Respectfully submitted,

                                                                        BENJAMIN B. WAGNER
                                                                        United States Attorney


                                                              By:   */s/   Bobbie J. Montoya*
                                                                        BOBBIE J. MONTOYA
                                                                        Assistant U.S. Attorney

Petitioner's Notice of Compliance; Order Closing File                                                   1

## ORDER

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated:   April 20, 2015

SENIOR  DISTRICT  JUDGE